UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARNOLD DEAN SHATNEY,

    Petitioner,

v.                                                      CASE NO. 6:13-cv-1454-Orl-36TBS

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.
_____/

**ORDER**

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254 (Doc. No. 1).  Petitioner currently has pending "an appeal" in the state courts, which concerns the judgment of conviction and sentence under attack in this case.  *See* Doc. No. 1 at 3.

The Rules governing habeas corpus cases permit the Court to summarily dismiss a petition when "it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief." Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  In this case, Petitioner is currently pursuing his state court remedies through a pending appeal in the state courts.  "To allow simultaneous federal and state proceedings would offend the principles of comity that form the basis for the exhaustion requirement." *Brown v. Walker*, No. 1: 09–cv–2534–WSD, 2010 WL 3516820, at *1 (N.D. Ga. Aug. 31, 2010) (citing

*Horowitz v. Wainwright*, 709 F.2d 1403, 1404 (11th Cir.1983). Petitioner has not shown that existing circumstances render his available state remedies ineffective to protect his rights, and there is no indication that there has been excessive delay causing a violation of his right to due process or that has rendered state process ineffective.

As a matter of comity, it is best left to the Florida state courts to determine Petitioner's constitutional claims and challenges on appeal, which is still pending and, therefore, has not yet been exhausted. In particular, the pending appeal might result in the reversal of Petitioner's conviction and eliminate the federal question, thereby rendering any decision by this Court moot and wasting precious judicial resources. Consequently, the Court concludes that this case should be dismissed in light of the pending appeal in the state courts.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) filed by Arnold Dean Shatney is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to enter judgment accordingly and to close this case.

3. Petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, a certificate of appealability shall not issue. 28 U.S.C. § 2253(b)(2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 23rd day of September, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
OrlP-2 9/23
Arnold Dean Shatney
Counsel of Record